**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br>and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00633-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Terrence Peterson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 12, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 3, 2019. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. Further, Trans Union's counsel will need additional time to review the documents so that it can meaningfully respond to the specific allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 24, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 16th day of April 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**LAW OFFICE OF KEVIN L. HERNANDEZ**

//S// Kevin L. Hernandez
Kevin L. Hernandez, Nevada Bar No. 12594
8872 S. Eastern Ave, Suite 270
Las Vegas, NV 89123
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
kevin@kevinhernandezlaw.com
***Counsel for Plaintiff***

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 17th day of April, 2019.

*[signature: George Foley Jr.]*

**UNITED STATES MAGISTRATE JUDGE**