Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE PETERSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:19-cv-00633-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF No. 26]**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Terrence Peterson ("Peterson"), and Defendant, I.C. System, Inc. ("ICS") (collectively referred to as the "Parties"), by and through their respective attorneys of record, that Plaintiff's deadline to file his Opposition to ICS's Motion for Summary Judgment [Dkt. 26], filed on December 12, 2019, is hereby extended up to and including **January 20, 2020**.

Plaintiff requires additional time to prepare an appropriate response. The Parties have also engaged in settlement discussions and may use this time to discuss possible early resolution of the matter without expending unnecessary attorney's fees and costs.

///

///

///

///

///

Page 1 of 2

This is the Parties first request for an extension of this deadline and is not made for the purpose of delay or bad faith.

Respectfully Submitted.

Dated: December 27, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: December 27, 2019

**LAW OFFICE OF STEPHEN M. DIXON, LTD.**

*/s/ Stephen M. Dixon*
Stephen M. Dixon, Esq.
Nevada Bar No. 10025
10181 W. Park Run Dr., Suite 110
Las Vegas, Nevada 89145
Steve@stevedixonlaw.com
***Attorney for Defendant I.C. System, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/30/2019