UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE PETERSON,<br><br>    Plaintiff<br><br>v.<br><br>I.C. SYSTEM, INC. and TRANS UNION LLC,<br><br>    Defendants | Case No.: 2:19-cv-00633-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On January 18, 2020, plaintiff Terrence Peterson and defendant I.C. System, Inc. advised the court they had reached a settlement and requested 30 days to file a stipulation dismissing the case or a status report. ECF No. 30. The parties have not filed anything since then.

I THEREFORE ORDER that plaintiff Terrence Peterson and defendant I.C. System, Inc. shall file either a stipulation of dismissal or a status report by May 22, 2020. The failure to do so will result in dismissal of this case without further notice.

DATED this 4th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE