# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE PETERSON,<br><br>    Plaintiff<br><br>v.<br><br>I.C. SYSTEM, INC. and TRANS UNION LLC,<br><br>    Defendants | Case No.: 2:19-cv-00633-APG-EJY<br><br>**Order Dismissing Case** |

On January 18, 2020, plaintiff Terrence Peterson and defendant I.C. System, Inc. advised the court they had reached a settlement and requested 30 days to file a stipulation dismissing the case or a status report. ECF No. 30.  On May 4, 2020, I ordered the parties to file either a stipulation of dismissal or a status report by May 22, 2020. ECF no. 32.  I advised the parties that the failure to do so would result in dismissal of this case without further notice. *Id.*  The parties did not file a stipulation of dismissal or a status report.

I THEREFORE ORDER that plaintiff Terrence Peterson's claims against defendant I.C. System, Inc. are dismissed, and the clerk of court is instructed to close this case.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE